# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOWARD JOHNSON INTERNATIONAL, INC., a Delaware Corporation formerly known as HOWARD JOHNSON FRANCHISE SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ABKS, INC. and<br><br>KANAIYALAL SHAH,<br><br>Defendants. | Case No. 14-cv-00729-JPG-PMF |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed without prejudice and without cost against Defendants ABKS, Inc. and Kanaiyalal Shah.

**DATED: October 22, 2015**

                                                Justine Flanagan
                                                Acting Clerk of Court

                                                **s/**_Reid Hermann_
                                                  **Deputy Clerk**

**Approved:**     _s/J. Phil Gilbert_
                       **J. PHIL GILBERT**
                       **DISTRICT JUDGE**